Lucy Romano et al., Appellants, *v.* Home Owners' Loan
Corporation, Respondent.

Submitted January 19, 1942; decided January 22, 1942.

*Jacob D. Menkes, Neal L. Thompson, William J. O'Hear*
and *Simon H. Trevas* for motion.

*Julius Reinlieb* opposed.

Motion dismissed, with ten dollars costs and necessary
printing disbursements, on the ground that the order does
not finally determine the action within the meaning of the
Constitution.